**FILED**
December 26, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-CR-00258-JAM-1 |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HEIDI PHONG, ) | |
| ) Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HEIDI PHONG</u>, Case No. <u>2:18-CR-00258-JAM-1</u>, Charge <u>18 USC § 1956; 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $400,000.00

        ✔ Secured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)   <u>With Pretrial Release Supervision and Conditions of Release by 5:00 PM as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 26, 2018</u> at <u>2:30 PM</u>.

                      By   /s/ Deborah Barnes
                            Deborah Barnes
                            United States Magistrate Judge