J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant Heidi Phong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| UNITED STATES OF AMERICA, | No. 2:18-CR-0258 MCE |
|---|---|
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE OF DEFENDANT HEIDI PHONG; ORDER |
| vs. | |
| HEIDI PHONG, et al. | |
| Defendants. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Heidi Phong, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if she were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without her personal presence.

Date: April 24, 2019

/s/ Heidi Phong
HEIDI PHONG, Defendant
Original retained by attorney

I agree with and consent to my client's waiver of appearance.

Dated: April 24, 2019

/s/ J. Patrick McCarthy
J. PATRICK McCARTHY,
Attorney for Heidi Phong

IT IS SO ORDERED.

Dated: April 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE