Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

UNITED STATES,

Plaintiff,

vs.

HEIDI PHONG,
ZHEN SHANG LIN, and
FENG LI,

Defendants.

Case No.: CR 2:18-cr-00258-MCE

**STIPULATION AND ORDER TO SET STATUS HEARING**

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendants Heidi Phong, Zhen Shang Lin, and Feng Li, through their undersigned counsel, that a status hearing in this matter be set on August 22, 2019, at 10:00 a.m.

This matter was previously assigned to District Judge John A. Mendez. After the defendants litigated their respective release conditions in the magistrate court, an initial status hearing was set in the district court for May 7, 2019, and time was excluded through and including that date. However, on April 16, 2019, this Court issued a related case order and vacated the May 7 status hearing with Judge Mendez. *See* Docket No. 53.

The parties have conferred and agree to set an initial status conference in this Court on August 22, 2019, at 10:00 a.m. The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between May 7, 2019, to and including the August 22, 2019, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

For the foregoing reasons, the parties stipulate to set a status conference for August 22, 2019, at 10:00 a.m.

IT IS SO STIPULATED:

Dated: May 6, 2019

/S/ J. Patrick McCarthy
J. Patrick McCarthy
Attorney for Defendant Heidi Phong

Dated: May 6, 2019

/S/ Noa Oren
Noa Oren
Federal Public Defender
Attorney for Defendant Zhen Shang Lin

Dated: May 6, 2019

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Feng Li

Dated: May 6, 2019

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Roger Yang

Roger Yang
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI PHONG,<br>ZHEN SHANG LIN, and<br>FENG LI,<br><br>Defendants. | Case No.: CR 2:18-cr-00258-MCE<br><br>**ORDER TO SET STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that a status hearing for Defendants Heidi Phong, Zheng Shang Lin, and Feng Li be set on August 22, 2019, at 10:00 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between May 7, 2019, to and including the August 22, 2019, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4. The Court specifically finds that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE