| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | ZHEN SHANG LIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-258 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ZHEN SHANG LIN, et al., | DATE: August 22, 2019 |
| | TIME 10:00 a.m. |
| Defendants. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Defendants Heidi Phong, Zhen Shang Lin, and Feng Li, through their undersigned counsel, that the status conference for August 22, 2019 be vacated and a status conference hearing be set on December 5, 2019, at 10:00 a.m.

This matter was previously assigned to District Judge John A. Mendez.  After the defendants litigated their respective release conditions in the magistrate court, an initial status hearing was set in the district court for May 7, 2019, and time was excluded through and including that date.  However, on April 16, 2019, this Court issued a related case order and vacated the May 7, 2019 status hearing with Judge Mendez.  *See* Docket No. 53.

1     The parties have conferred and agree to set a next status conference in this Court on December 5, 2019, at 10:00 a.m. The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

    For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2018 to July 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

DATED: August 20, 2019            Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Noa E. Oren*
                                             NOA E. OREN
                                             Assistant Federal Defender
                                             Attorney for ZHEN SHANG LIN

                                             */s/ J. Patrick McCarthy*
                                             J. PATRICK MCCARTHY
                                             Attorney for HEIDI PHONG

                                             */s/ Daniel Olmos*
                                             DANIEL OLMOS
                                             Attorney for FENG LI

DATED: August 20, 2019            MCGREGOR W. SCOTT
                                             United States Attorney

                                             */s/ Roger Yang*
                                             ROGER YANG
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on December 5, 2019, at 10:00 a.m. The Court orders the time from August 22, 2019 up to and including December 5, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE