J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant, Heidi Phong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>     vs.<br><br>HEIDI PHONG, et al.,<br>                                      Defendants.<br>_____/ | Case No.  2:18-cr-258 MCE<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br> Date:  December 4, 2019<br> Time:  1:00 pm<br> Judge:  Hon. Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for Plaintiff; Noa E. Oren, attorney for defendant Zhen Shang Lin, Daniel Olmos, attorney for Feng Li and J. Patrick McCarthy, attorney for defendant Heidi Phong, that the current Status Conference set for December 4, 2019 be vacated and a status conference hearing be set on February 6, 2020 at 10:00 am.  By stipulation of the parties, the status hearing was continued to December 5, 2019 with time excluded under Local Code T4.  The Court on its own motion moved the status hearing to December 4, 2019.

This matter was previously assigned to District Judge John A. Mendez. After the defendants litigated their respective release conditions in the magistrate court, an initial status hearing was set in the district court for May 7, 2019, and time was excluded through and including that date. However, on April 16, 2019, this Court issued a related case order and vacated the May 7, 2019 status hearing with Judge Mendez. See Docket No. 53.

The parties have conferred and agree to set the next status conference in this Court on February 6, 2020, at 10:00 am. The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of December 4, 2019 to February 6, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Ms. Oren, Mr. Olmos and Mr. Yang have authorized Mr. McCarthy to sign this stipulation on their behalf.

Dated: November 26, 2019           Respectfully submitted,

*/s/ J. Patrick McCarthy*
J. PATRICK McCARTHY, Attorney for Defendant Heidi Phong

*/s/ J. Patrick McCarthy for*
NOA E. OREN, Assistant Federal Defender, Attorney for Defendant, Zhen Shang Lin

*/s/ J. Patrick McCarthy for*
DANIEL OLMOS, Attorney for
Defendant Feng Li

*/s/ J. Patrick McCarthy for*
ROGER YANG, Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

The Court orders a status conference on February 6, 2020, at 10:00 am.  The Court orders the time from December 4, 2019 up to and including February 6. 2020 excluded from computation of time within which the trial of this case must commence under the speedy trial act, pursuant to 18 U.S.C. §§3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated:  December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE