Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   vs.<br><br>HEIDI PHONG,<br>ZHEN SHANG LIN, and<br>FENG LI,<br><br>                Defendants. | Case No.: CR 2:18-cr-00258-MCE<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendants Heidi Phong, Zhen Shang Lin, and Feng Li, through their undersigned counsel, that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time between February 6, 2020, and June 11, 2020, be excluded pursuant to § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense. The Government has produced substantial discovery to the defense which defense counsel need additional time to review.

//

//

//

IT IS SO STIPULATED:

Dated: February 7, 2020

/S/ J. Patrick McCarthy
J. Patrick McCarthy
Attorney for Defendant Heidi Phong

Dated: February 7, 2020

/S/ Noa Oren
Noa Oren
Federal Public Defender
Attorney for Defendant Zhen Shang Lin

Dated: February 7, 2020

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Feng Li

Dated: February 7, 2020

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Roger Yang
Roger Yang
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>HEIDI PHONG,<br>ZHEN SHANG LIN, and<br>FENG LI,<br><br>                Defendants. | Case No.: CR 2:18-cr-00258-MCE<br><br>**ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time between February 6, 2020, and June 11, 2020, be excluded pursuant to § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE