| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-258 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ZHEN SHANG LIN, et al., | DATE: September 30, 2021 |
| | TIME  10:00 a.m. |
| Defendants. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Defendants Heidi Phong, Zhen Shang Lin, Li Juan Wang, and Feng Li, through their undersigned counsel, that the status conference for July 15, 2021 be vacated and a status conference hearing be set on September 30, 2021, at 10:00 a.m.

Defendant Li Juan Wang retained and entered an appearance in the case. CR 102. Defendant Li Juan Wang was arraigned on June 28, 2021, and the government is in the process of producing voluminous discovery to her counsel. CR 104. The parties have conferred and agree to set a next status conference in this Court on September 30, 2021, at 10:00 a.m. The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

seq., within which trial must commence, the time period of July 15, 2021 to September 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

DATED: June 29, 2021      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for ZHEN SHANG LIN

*/s/ Daniel Lynch*
DANIEL LYNCH
Attorney for LI JUAN YANG

*/s/ J. Patrick McCarthy*
J. PATRICK MCCARTHY
Attorney for HEIDI PHONG

*/s/ Daniel Olmos*
DANIEL OLMOS
Attorney for FENG LI

DATED: June 29, 2021      PHILLIP TALBERT
Acting United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on **September 30, 2021, at 10:00 a.m**. The Court orders the time from July 15, 2021 up to and including September 30, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: July 6, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE