HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHEN SHANG LIN, et al.,<br><br>Defendants. | Case No. 2:18-cr-258 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 23, 2022<br>TIME  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Defendants Heidi Phong, Zhen Shang Lin, Li Juan Wang, and Feng Li, through their undersigned counsel, that the status conference for May 3, 2022 be vacated and a status conference hearing be set on August 23, 2022, at 9:30 a.m.

The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 3, 2022 to August 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendants in a speedy trial.

DATED: April 28, 2022          Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for ZHEN SHANG LIN

*/s/ DANIEL LYNCH*
DANIEL LYNCH
Attorney for LI JUAN YANG

*/s/ J. Patrick McCarthy*
J. PATRICK MCCARTHY
Attorney for HEIDI PHONG

*/s/ Daniel Olmos*
DANIEL OLMOS
Attorney for FENG LI

DATED: April 28, 2022          PHILLIP TALBERT
                                                 United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on August 23, 2022, at 9:30 a.m. The Court orders the time from May 3, 2022 up to and including August 23, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: April 28, 2022                                   /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE