J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA 95814
(916) 442-1932

Attorney for Defendant, Heidi Phong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-258 JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE |
| vs. | |
| HEIDI PHONG, et al., | |
| Defendants. | |

At the request of the defendant and the Pretrial Services Agency, and with the consent of the government, IT IS HEREBY STIPULATED as follows:

1. Condition 5. of the Special Conditions of Release, filed on December 26, 2018, restricts Ms. Phong's travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

2. Ms. Phong's business activities require frequent and extensive travel throughout the State of California and elsewhere in the United States;

3. The process of approving Ms. Phong's travel so frequently has become a cumbersome process for the Pretrial Services Agency;

4. Ms. Phong should be allowed to travel throughout the State of California without prior approval of the pretrial services officer;

5. Ms. Phong's travel outside the State of California should remain subject to approval in advance by the pretrial services officer;

6. The balance of the Special Conditions of Release shall remain in full force and effect.

IT IS SO STIPULATED.

Dated:  May 10, 2022                              Respectfully submitted,

/s/ J. Patrick McCarthy
J. PATRICK McCARTHY, Attorney for
Defendant Heidi Phong

/s/ Roger Yang  (as authorized on 5/11/2022)
ROGER YANG, Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Taifa Gaskins  (as authorized on 5/10/2022)
TAIFA GASKINS
U.S. Pretrial Release Officer

**ORDER**

Based upon the attached Stipulation, IT IS HEREBY ORDERED that Condition 5. of the Special Conditions of Release, filed on December 26, 2018, be amended to allow Heidi Phong to travel throughout the State of California without prior approval of, but with prior notice to, the pretrial services officer; however, any travel outside the State of California must be approved in advance by the pretrial services officer.

Dated:  May 16, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25