HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
ZHEN SHANG LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-258 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ZHEN SHANG LIN, et al., | DATE:   January 31, 2023 |
| Defendants. | TIME    9:30 a.m. |
|  | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Defendants Heidi Phong, Zhen Shang Lin, Li Juan Wang, and Feng Li, through their undersigned counsel, that the status conference for August 23, 2022 be vacated and a status conference hearing be set on January 31, 2023, at 9:30 a.m.

The government has produced voluminous discovery to the defense comprising almost one terabyte of data.  The defense needs additional time to review the discovery as well as the dockets in the two related cases.

For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 23, 2022 to January 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

DATED: August 15, 2022  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for ZHEN SHANG LIN

*/s/ DANIEL LYNCH*
DANIEL LYNCH
Attorney for LI JUAN YANG

*/s/ J. Patrick McCarthy*
J. PATRICK MCCARTHY
Attorney for HEIDI PHONG

*/s/ Daniel Olmos*
DANIEL OLMOS
Attorney for FENG LI

DATED: August 15, 2022  PHILLIP TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order
to Continue Status Conference

-2-

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 31, 2023, at 9:30 a.m. The Court orders the time from August 23, 2022 up to and including January 31, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: August 17, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE