Daniel Olmos (SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
430 D Street
Davis, California 95616
(650) 326-2980 (t)
(650) 326-9704 (f)
dolmos@nbo.law

Attorney for Defendant
FENG LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI PHONG, ZHEN SHANG LIN, LI JUAN WANG, and FENG LI,<br><br>Defendants. | Case No. 2:18-cr-00258-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

　　IT IS HEREBY STIPULATED by and between the Government, through Assistant United States Attorney Roger Yang, and Defendants Heidi Phong, Zhen Shang Lin, Li Juan Wang, and Feng Li, through their undersigned counsel, that the status conference currently set for July 11, 2023 be continued to October 31, 2023, at 9:15 a.m.

　　The government has produced voluminous discovery to the defense comprising almost one terabyte of data. The defense needs additional time to review the discovery as well as the dockets in the two related cases.

　　For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2023 to October 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

1   interest of the public and the defendants in a speedy trial.

2   DATED: July 5, 2023                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Noa E. Oren*
                                            NOA E. OREN
                                            Assistant Federal Defender
                                            Attorney for ZHEN SHANG LIN

                                            */s/ Daniel Lynch*
                                            DANIEL LYNCH
                                            Attorney for LI JUAN YANG

                                            */s/ J. Patrick McCarthy*
                                            J. PATRICK MCCARTHY
                                            Attorney for HEIDI PHONG

                                            */s/ Daniel Olmos*
                                            DANIEL OLMOS
                                            Attorney for FENG LI

    DATED: July 5, 2023                     PHILLIP TALBERT
                                            United States Attorney

                                            */s/ Roger Yang*
                                            ROGER YANG
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

Stipulation and Order
to Continue Status Conference

-2-

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on **October 31, 2023**, **at 9:00 a.m**.  The Court orders the time from July 11, 2023 up to and including October 31, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: July 05, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE