J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant, Heidi Phong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:18-cr-258 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF PROTECTIVE ORDER |
| vs. | |
| HEIDI PHONG, et al., | |
| Defendants. | |

Heidi Phong is an individual who, during the relevant periods of the investigation of this case, operated, under her realtor's license, HP Realty, a real estate company specializing in the sale of residential real estate.  Hundreds of thousands of pages of documents, both hard copies and electronically stored, were seized from her business, her home and her electronic devices during the course of the investigation.  Those documents are included in the Protected Materials subject to the Protective Order entered in this case on January 28, 2019.  Much, if not most, of those Protected Materials are vital to the preparation and presentation of Defendant Heidi Phong's defense in this case and only she is in a position to review the Protected Materials and select information appropriate to be used in her defense.  It is an impossible task for her

and her defense counsel to find the time to jointly review and prepare the information. Defendant Heidi Phong's recent relocation to Orange County further reinforces that impossibility.  Her new residence includes a room where Protected Materials can be securely stored and which can be locked when not in use by Defendant, Heidi Phong.

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant, Heidi Phong, by and through her counsel of record, hereby stipulate to modify the Protective Order as follows:

Notwithstanding the provisions of the Protective Order, filed in this case on January 28, 2019, and because her need for the use of the Protected Materials is vital to the preparation and presentation of her defense, which only she can decipher, organize and make trial ready, Defendant, Heidi Phong, shall be permitted to have possession, custody and control of the unredacted Protected Materials which were seized during the course of the investigation of this case and which are in possession of her Defense Counsel.  Her possession of the Protected Materials is subject to the following conditions:

1. Defendant, Heidi Phong, shall maintain the Protected Materials in a secure place, such as a locked room, where visitors are not left unescorted, in her residence at 2011 Peebles Way, Irvine, CA   92606.  The Protected Materials may not be removed from that room and Heidi Phong's review of the Protected Materials shall take place therein.
2. Defendant, Heidi Phong, may be left alone with the Protected Materials and may review the Protected Materials outside the presence of a member of the Defense Team or her Defense Counsel.

3. Defendant, Heidi Phong, shall not share the Protected Materials with any persons who are not part of the Defense Team.

4. To the extent that they do not conflict with the conditions stated in this Stipulation and Order, the terms and conditions of the Protective Order remain in full force and effect.

IT IS SO STIPULATED.

Dated:  January 2, 2024                    Respectfully submitted,

/s/ J. Patrick McCarthy
J. PATRICK McCARTHY, Attorney for
Defendant Heidi Phong

/s/ Roger Yang
ROGER YANG, Assistant U.S. Attorney
Attorney for Plaintiff

**FINDINGS AND ORDER**

The Court having read and considered the Stipulation which this Court incorporates by reference into this Order in full, hereby finds that GOOD CAUSE exists to enter the Order.

IT IS SO FOUND AND ORDERED

Dated:  January 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE