1  PHILLIP A. TALBERT
United States Attorney
2  ROGER YANG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:18-cr-00258-JAM-1

                          Plaintiff,         **STIPULATION REGARDING EXCLUDABLE**
12                                           **TIME PERIODS UNDER SPEEDY TRIAL ACT;**
                    v.                       **FINDINGS AND ORDER**
13
    HEIDI PHONG,                             DATE: September 10, 2024
14
                          Defendant.
15

16       This case was set for **status conference** on September 10, 2024.  On August 14, 2024, this Court
17  continued the **status conference** to September 17, 2024.
18                                   **STIPULATION**
19       Plaintiff United States of America, by and through its counsel of record, and defendant, by and
20  through defendant's counsel of record, hereby stipulate as follows:
21       1.    By previous order, this matter was set for status on September 10, 2024.
22       2.    The parties now request to continue the status conference until September 17, 2024. The
23  parties now move to exclude time between September 10, 2024, and September 17, 2024, under 18
24  U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].
25       3.    The parties agree and stipulate, and request that the Court find the following:
26            a)    The government has represented that the discovery associated with this case
27  includes terabytes of data, chats that need translation, and voluminous records.  All of this
28  discovery has been either produced directly to counsel and/or made available for inspection and

1    copying.

2         b)    Counsel for defendant has another appointment on Thursday, August 29, but will

3    need additional time to discuss representation and continuity of counsel with his client.

4         c)    The government does not object to the continuance.

5         d)    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8         e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of September 10, 2024 to September

10   17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

11   Code T4] because it results from a continuance granted by the Court at defendant's request on

12   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

13   best interest of the public and the defendant in a speedy trial.

14   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16   must commence.

17

18                    ***Remainder of this page intentionally left blank***

19

20

21

22

23

24

25

26

27

28

IT IS SO STIPULATED.


Dated:  August 28, 2024                    PHILLIP A. TALBERT
                                           United States Attorney


                                            /s/ ROGER YANG


Dated:  August 28, 2024                     /s/ J. PATRICK McCARTHY
                                            J. PATRICK McCARTHY
                                            Counsel for Defendant
                                            HEIDI PHONG


                          **FINDINGS AND ORDER**

IT IS SO ORDERED.


Dated: August 30, 2024             /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE