J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA    95814
(916) 442-1932

Attorney for Defendant, Heidi Phong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

    vs.

HEIDI PHONG,

                      Defendant.
_____/

Case No.  2:18-cr-00258-JAM

**STIPULATION AND ORDER**
**CONTINUING STATUS CONFERENCE**

Date:  September 17, 2024
Time:  9:00 am
Judge:  Hon. John A. Mendez

      IT IS HEREBY STIPULATED by and between the Government, through Assistant United States Attorney Roger Yang, and Defendant Heidi Phong, through her counsel, as follows:

      1.  By previous order, this matter was set for status on September 17, 2024.

      2.  The parties now request to continue the status conference until November 19, 2024. The parties move to exclude time between September 17, 2024 and November 19, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

      3. The parties agree and stipulate, and request that the Court find the following:

         a.  The government has represented that the discovery associated with this case includes terabytes of data, chats that need translation, and voluminous records.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

         b.  Counsel for defendant desires additional time to examine the evidence, and conduct his own investigation.

c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   The government does not object to the continuance.

e.   Counsel for Heidi Phong is currently experiencing a medical event which might affect his ability to actively participate in this case for, at least, the near future. In an attempt to avoid, or at least delay, chemical treatment of a malignant lung nodule, a short regimen of targeted radiation is scheduled to begin next week. The efficacy of that treatment will be evaluated in early November.  If the treatment proves to be effective, chemical treatment may be avoided for the foreseeable future…at least in the short term…and activity can be resumed, including trial of this case.  If chemical treatment becomes necessary, which may have significant side effects, the resumption of normal activity is questionable.  The requested continuance will allow defense counsel the time necessary to resolve his medical issues, which will determine his availability to continue his representation of Ms. Phong.

f.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2024 to November 19, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 16, 2024                    Respectfully submitted,


                                             /s/ J. Patrick McCarthy
                                             J. PATRICK McCARTHY,  Attorney for
                                             Defendant Heidi Phong


                                             /s/ Roger Yang
                                             ROGER YANG, Assistant U.S. Attorney
                                             Attorney for Plaintiff

### ORDER

        The Court, having received, read and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary  to resolve his medical issues and for effective preparation taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

        The Court orders a status conference on **November 19, 2024, at 9:00 am**.  The Court orders the time from September 17, 2024 and November 19, 2024 excluded from computation of time within which the trial of this case must commence under the speedy trial act, pursuant to 18 U.S.C. §§3161(h)(7) and Local Code T4.


DATED: September 16, 2024           /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE