MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEIDI PHONG,<br><br>　　　　　Defendant. | 2:18-cr-00258-JAM-1<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　Based upon the plea agreement entered into between the United States of America and defendant Heidi Phong, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), defendant Heidi Phong's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　　a.　　A personal money judgment in the amount of $494,866.00.

　　　　2.　　The listed property constitutes property involved in or traceable to a violation of 18 U.S.C. § 1956(h).  The $494,866.00 personal forfeiture money judgment shall be partially satisfied by forfeiting two amounts of cash totaling $67,376.00 seized from defendant's residence on April 4, 2018: (a) Approximately $55,100.00 in U.S. Currency; and (b) Approximately $12,276.00 in U.S. Currency.

　　　　3.　　Defendant Heidi Phong agreed to pay the remaining money judgment of $427,490.00 in $25,000 quarterly installments with the first installment due on or before the date of sentencing.  The

quarterly payments shall continue until the money judgment is retired and nothing shall preclude defendant from pre-paying the judgment.  Payment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service – Criminal Investigation, in its secure custody and control.

       4.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigation, in its secure custody and control.

       5.    a.    Pursuant to 18 U.S.C. § 982(b)(1), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

           b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

       6.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), in which all interests will be addressed.

     SO ORDERED.

Dated: April 24, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE