MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00258-JAM-1 |
|---|---|
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND MODIFY SENTENCING SCHEDULE** |
| v. | |
| HEIDI PHONG, | DATE: July 15, 2025 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendant Heidi Phong, both individually and by and through her counsel of record, J. Patrick McCarthy, hereby stipulate as follows:

1.  This case was previously set for judgment and sentencing for July 15, 2025. A draft pre-sentence report was disclosed on June 6, 2025. The parties agree that there will be informal objections and because the defendant lives in Los Angeles, additional time is needed to review the draft pre-sentence report. As a result, the parties agree to convert the next date to a sentencing date and set a sentencing schedule.

2.  The parties request that the Court set this case for sentencing on **October 21, 2025, at 09:00 a.m.**

3.  After consulting with the U.S. Probation Office, the parties agree to the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | October 21, 2025, at 09:00 a.m. |
| Reply, or Statement of Non-Opposition: | October 14, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 07, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 30, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 23, 2025 |

4.  The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

Dated: June 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: June 23, 2025

/s/ J. PATRICK McCARTHY
J. PATRICK McCARTHY
Counsel for Defendant
HEIDI PHONG

STIPULATION AND ORDER TO CONTINUE SENTENCING          2

# ORDER

IT IS SO ORDERED.

Dated: June 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE