1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | 2:18-CR-00258-JAM
12 |                 Plaintiff,       |
   |                                  | STIPULATION AND ORDER TO
13 |       v.                         | TRANSFER $250,000 IN FUNDS POSTED
   |                                  | FOR DEFENDANT'S BOND
14 | HEIDI PHONG,                     |
15 |                 Defendant.       |

16

17      IT IS HEREBY STIPULATED, by and between plaintiff United States of America and defendant

18 Heidi Phong, to transfer funds posted for bond to the Internal Revenue Service – Criminal Investigation

19 to satisfy the money judgment included in the Preliminary Order of Forfeiture filed April 24, 2025.

20      1.      On December 21, 2018, defendant Heidi Phong was ordered released on a $400,000.00

21 collateral bond, with $250,000.00 secured by cash and $150,000.00 secured by a residence.  ECF No. 12.

22 On December 26, 2018, defendant Heidi Phong submitted a $250,000 cashier's check to the Clerk of

23 Court for the defendant's cash bond.  ECF Nos. 13, 16.  Having satisfied the Court's release conditions,

24 Defendant Heidi Phong was released on bond pending further proceedings.  ECF No. 18.

25      2.      On March 11, 2025, defendant Heidi Phong pleaded guilty to one count of conspiracy to

26 commit money laundering, in violation of 18 U.S.C. § 1956(h), and further agreed to forfeit $494,866.00

27 as a personal money judgment.  ECF No. 232.  ECF No. 229, 232.  Defendant Heidi Phong was

28 sentenced on October 21, 2025.  ECF No. 269.

3. On April 24, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), forfeiting defendant Heidi Phong's interest in a personal money judgment in the amount of $494,866.00. ECF No. 238.

4. The $494,866.00 personal forfeiture money judgment has been partially satisfied by forfeiting $67,376.00 in cash seized from defendant Heidi Phong's residence on April 4, 2018. Since the guilty plea, defendant Heidi Phong has made two payments totaling $177,490.00 towards the money judgment. Thus, the balance remaining on the money judgment is $250,000.00.

5. Defendant Heidi Phong requests the Clerk of the Court to transfer the $250,000.00 posted for her bond to the Internal Revenue Service – Criminal Investigation in full settlement and satisfaction of the $494,866.00 forfeiture money judgment entered against her. The United States agrees and stipulates that upon the transfer of the $250,000 from the Clerk to the IRS-CI, defendant Heidi Phong's money judgment will be satisfied.

6. The parties believe there may be a modest amount of generated interest on the $250,000 deposited with the Clerk of Court in 2018, and that any generated interest would be taken by the Clerk of Court for the benefit of the Judiciary. If the parties' understanding is incorrect and the generated interest is to be returned, the parties request that any generated interest shall be returned to defendant Heidi Phong through her attorney J. Patrick McCarthy.

7. Upon entry of an order granting this Stipulation, the Clerk of the Court shall transfer $250,000.00 to Internal Revenue Service – Criminal Investigation. Payment should be made in the form of a check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The Clerk of the Court shall waive any service fees.

///
///
///
///
///

8. Each party agrees to bear its own costs and attorneys' fees.

Dated: 12/24/2025                                    ERIC GRANT
                                                     United States Attorney


                                                     /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney


Dated: 12/24/2025                                    /s/ J. Patrick McCarthy
                                                     J. PATRICK MCCARTHY
                                                     Attorney for Defendant Heidi Phong
                                                     (Authorized by email)


## ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters an Order to Transfer Funds Posted for Bond to the Internal Revenue Service – Criminal Investigation on the terms set forth in the parties' Stipulated Settlement. The Clerk of the Court shall transfer $250,000.00 to Internal Revenue Service – Criminal Investigation. Payment should be made in the form of a check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The Clerk of the Court shall waive any service fees.

IT IS SO ORDERED.

Dated: **December 29, 2025**
                                                     STANLEY A. BOONE
                                                     United States Magistrate Judge