# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HEIDI PHONG,<br><br>    Defendant. | Case No. 2:18-cr-00258-JAM<br><br>ORDER VACATING STIPULATION AND ORDER TO TRANSFER $250,000 IN FUNDS POSTED FOR DEFENDANT'S BOND<br><br>(ECF No. 279) |

On December 24, 2025, the parties jointly filed a stipulation to transfer funds posted for cash bond to the Internal Revenue Service – Criminal Investigation and to disburse any accrued interest to Defendant Heidi Phong. (ECF No. 277.) On December 29, 2025, the Court inadvertently issued an order approving and adopting the parties' stipulation. (ECF No. 279.)

Accordingly, IT IS HEREBY ORDERED THAT the Court's December 29, 2025 order, (ECF No. 279), is VACATED.

IT IS SO ORDERED.

Dated: __**December 30, 2025**__

STANLEY A. BOONE
United States Magistrate Judge