# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HEIDI PHONG,

    Defendant.

Case No.  2:18-cr-00258-JAM-1

ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY ACCURRED INTEREST TO SURETY AND TRANSFER CASH BOND TO THE INTERNAL REVENUE SERVICE

As relevant here, on December 21, 2018, the assigned Magistrate Judge held a detention hearing as to Defendant Heidi Phong and ordered that Defendant would be released on a $400,000 collateral bond, $150,000 secured by residence, $250,000 secured by cash.  (ECF No. 12.)  On December 26, 2018, Defendant posted a cash bond in the amount of $250,000 (Receipt # CAE200094888).  (ECF No. 16.)  The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 16.)

On October 21, 2025, the District Judge following a plea agreement (ECF No. 232), entered judgment and sentenced Defendant Heidi Phong to time served.  (ECF No. 270.)

On December 10, 2025, the Court ordered the Government to show cause in writing within fourteen days why the cash bond and security by residence should not be released to the surety.  (ECF No. 273.)  The parties jointly filed a stipulation to transfer the $250,000 bond to

1

the Internal Revenue Service – Criminal Investigation ("IRS-CI") and to disburse the accrued interest to the surety, and the Government filed a statement of non-opposition as to the $150,000 bond secured by residence.  (ECF Nos. 278, 284.)

The Court finds that Defendant has complied with the conditions of her bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED THAT the $250,000 cash bond posted by Christopher Sy on behalf of Heidi Prong, and the $150,000 bond secured by residence is exonerated.  The Clerk of Court is DIRECTED to serve a copy of this order on the surety and to return any accrued interest to Christopher Sy at the address of record.  The Clerk of Court is also DIRECTED to transfer the $250,000 cash bond to the IRS-CI based on the terms set forth in the parties' second amended stipulation.  Payment to the IRS-CI should be made electronically to the Department of the Treasury.

IT IS SO ORDERED.

Dated:   **January 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge