J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA 95814
(916) 442-1932

Attorney for Heidi Phong

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI PHONG,<br><br>Defendant. | 2:18-cr-00258-JAM-1<br><br>**ORDER GRANTING MOTION TO TERMINATE TERM OF SUPERVISED RELEASE (ECF No. 283)**<br><br>DATE: February 10, 2026<br>TIME   9:00 a.m.<br>CRT:   10th Floor |

The Defendant Heidi Phong hereby moves to terminate early the Defendant's Term of Supervised Release because the Defendant has satisfied all conditions of the Terms of Supervised Release. Presently, the Defendant's Term of Supervised Release is set to expire on October 21, 2026.

The Defendant was sentenced by this court on October 21, 2025 to Time Served, Twelve Months of Supervised Release with Mandatory, Standard and Special Conditions of Supervision, a fine of $20,000.00, and a special assessment of $100.00, and obey all laws. The Defendant was also ordered to pay an Order of Forfeiture of $494,866.00.

The Defendant has completed all her sentencing obligations. She has complied with her conditions of Supervised Release and paid her fine and penalty assessment. She has also paid the Forfeiture, and has obeyed all laws; therefore, the Defendant requests termination of the Term of Supervised Release at this time. AUSA Roger Yang is aware of this motion, and he has no

1

objection to it. Federal Probation in Santa Ana, where the Defendant is now being supervised, was contacted and was unable to address the motion.

As a condition of the Defendant's pretrial release, she was required to, and did, surrender her Passport to the Court on December 26, 2018. In addition to the Termination of Supervised Release, the Defendant also requests the return to her of her Passport.

WHEREFORE, the Defendant requests that her term of Supervised Release be early terminated in the interest of justice and that her Passport be returned to her.

/S/ J. Patrick McCarthy

DATED: January 23, 2026

_____

J. PATRICK McCARTHY
Attorney for Heidi Phong

## ORDER

Pursuant to the Defendant's motion to terminate early the Defendant's Term of Supervised Release, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby **DISCHARGES** the Defendant from her Supervised Release Term. The Court also Orders that the Defendant's Passport be returned to her.

IT IS SO ORDERED.

Dated: February 10, 2026

_____

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2