ERIC GRANT
United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>HEIDI PHONG,<br><br>                    Defendant. | 2:18-cr-00258-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On or about April 24, 2025, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Heidi Phong forfeiting to the United States the following property:

      a.   A personal money judgment in the amount of $494,866.00.

Beginning on April 29, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), including all right, title, and interest of Heidi Phong:

   a.      A personal money judgment in the amount of $494,866.00.

2.      The $494,866.00 personal forfeiture money judgment was partially satisfied by two amounts of cash totaling $67,376.00 seized from defendant's residence on April 4, 2018: (a) Approximately $55,100.00 in U.S. Currency; and (b) Approximately $12,276.00 in U.S. Currency.  In addition, defendant Heidi Phong made two payments totaling $177,490.00 towards satisfaction of the money judgment.  Pursuant to the Order Exonerating Bond filed on January 29, 2026, the Clerk of the Court paid the Internal Revenue Service the $250,000.00 cash bond posted for defendant Heidi Phong to satisfy the personal forfeiture money judgment in full (ECF No. 285).  The seized assets and payments made to satisfy the money judgment in full, plus all accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), including all right, title, and interest of Heidi Phong.

3.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4.      The Internal Revenue Service-Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: April 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2